UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
=====================================X
In re                                                                                      Chapter 11

CHINA FISHERY GROUP LIMITED                                 Case No. 16-11895 (JLG)
(CAYMAN), *et al.*

                                                                                           *(Jointly Administered)*

                              Debtors. **1**
=====================================X
BURLINGTON LOAN MANAGEMENT DAC,                     Adv. Proc No. 20-01186 (JLG)
COWELL & LEE ASIA CREDIT
OPPORTUNITIES FUND, and HUTCH MASTER
FUND LTD.,

                              Plaintiffs,

      -against-

CHINA FISHERY GROUP LIMITED
(CAYMAN); CORPORACIÓN PESQUERA
INCA S.A.C.; COÖPERATIEVE RABOBANK
U.A., HONG KONG BRANCH, IN ITS
CAPACITY AS PREDECESSOR AGENT;
MADISON PACIFIC TRUST LIMITED, IN ITS
CAPACITY AS SUCCESSOR AGENT; and CFG
INVESTMENT S.A.C.,

                              Defendants.
=====================================X

---

[1] The Debtors in these chapter 11 cases are as follows: China Fishery Group Limited (Cayman), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, South Pacific Shipping Agency Limited (BVI), China Fisheries International Limited (Samoa), CFGL (Singapore) Private Limited, Chanery Investment Inc. (BVI), Champion Maritime Limited (BVI), Growing Management Limited (BVI), Target Shipping Limited (HK), Fortress Agents Limited (BVI), Ocean Expert International Limited (BVI), Protein Trading Limited (Samoa), CFG Peru Investments Pte. Limited (Singapore), Smart Group Limited (Cayman), Super Investment Limited (Cayman), Pacific Andes Resources Development Limited (Bermuda), Nouvelle Foods International Ltd. (BVI), Golden Target Pacific Limited (BVI), Pacific Andes International Holdings (BVI) Limited, Zhonggang Fisheries Limited (BVI), Admired Agents Limited (BVI), Chiksano Management Limited (BVI), Clamford Holding Limited (BVI),  Excel Concept Limited (BVI), Gain Star Management Limited (BVI), Grand Success Investment (Singapore) Private Limited, Hill Cosmos International Limited (BVI), Loyal Mark Holdings Limited (BVI), Metro Island International Limited (BVI), Mission Excel International Limited (BVI), Natprop Investments Limited, Pioneer Logistics Limited (BVI), Sea Capital International Limited (BVI), Shine Bright Management Limited (BVI), Superb Choice International Limited (BVI), and Toyama Holdings Limited (BVI). This Notice is not filed on behalf of CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore").  The term "Debtors" as it is used herein shall not refer to CFG Peru Singapore.

## STIPULATION EXTENDING DEBTOR CHINA FISHERY GROUP LIMITED (CAYMAN)'S TIME TO ANSWER OR OTHERWISE RESPOND TO ADVERSARY COMPLAINT

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendant/Debtor China Fishery Group Limited (Cayman) ("Debtor") that Debtor's time to answer or otherwise respond to the Adversary Complaint in the above captioned Adversary Proceeding is hereby extended until and including August 24, 2020.

Dated: July 22, 2020

| KASOWITZ BENSON TORRES LLP | KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP |
|---|---|
| By:/s/ Jill L. Forster<br>    Michael A. Hanin<br>    Matthew B. Stein<br>    Jill L. Forster<br>1633 Broadway<br>New York, NY 10019<br>Tel. (212) 506-1700 | By: /s/ John E. Jureller, Jr.<br>    Tracy L. Klestadt<br>    John E. Jureller, Jr.<br>200 West 41st Street, 17th Floor<br>New York, NY 10036<br>Tel. (212) 972-3000 |
| Attorneys for Plaintiffs | Attorneys for Debtor |